The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ Lynn Baldwin Bergmeyer
DEPUTY CLERK

**Dated: 11:48 AM February 03, 2011**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13 PROCEEDING** |
| **WILLIAM ALLEN WESTRICH, JR.** | : | **CASE NO. : 10-64601** |
| **LAURA MARIE WESTRICH** | : | **JUDGE RUSS KENDIG** |
| **DEBTOR(S)** | : | **ORDER RULING ON OBJECTION TO CLAIM(S)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The court having considered the Objection to Claim filed by the Standing Chapter 13 Trustee, Toby L Rosen, and notice having been given to parties in interest according to law, the Court finds that:

No objection having been raised within Thirty (30) days from service of said objection;

It is therefore **ORDERED** that the Objection is sustained and the claim numbered 012 filed by CLC is **DENIED**.

I hereby certify that this Order complies with Administrative Order No. 08-08. Signed under the pains and penalty of perjury.

/S/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

<u>Service list</u>

WILLIAM ALLEN WESTRICH, JR. and LAURA MARIE WESTRICH
3025 DUEBER AVE SW
CANTON, OH 44706

GERALD B GOLUB ESQ
1340 MARKET AVE NORTH
CANTON, OH 44714

CALIFORNIA STUDENT AID COMMISSION
ACCOUNTS RECEIVABLE
PO BOX 419041
RANCHO CORDOVA, CA 95741-9041

Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas St. #400
Canton, Ohio 44702